IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN REDER,

            Plaintiff,

    v.

UNITED STATES POSTAL SERVICE,
Megan J. Brenner, Postmaster General of
the United States Postal Service,

           Defendant.

No. 3:15-cv-01212-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

    IT IS ORDERED AND ADJUDGED that this matter is dismissed. All pending motions are denied as moot.

    DATED this ___12___ day of ___December___, 2016.

                                      _____
                                      MARCO A. HERNÁNDEZ
                                      United States District Judge

1 - JUDGMENT